# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHARLES P. CHAPEAU and DARLA CHAPEAU | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 5:22-cv-00432 |
| CARRINGTON MORTGAGE SERVICES, LLC | § § § | |
| *Defendant,* | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Charles P. Chapeau and Darla Chapeau ("Plaintiff") and Defendant Carrington Mortgage Services, LLC ("Defendant") ("collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiff against Defendants are hereby dismissed with prejudice, pursuant to the Parties' agreement.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ George G. Robertson*
George G. Robertson
State Bar No. 24106352
811 Main Street, Suite 2500
Houston, Texas 77002
713-821-7000 (Telephone)
713-821-7001 (Facsimile)
george.robertson@hklaw.com

**ATTORNEYS FOR DEFENDANT**

/s/ 
Gregory T. Van Cleave
State Bar No. 24037881
The Law Office of
Albert W. Van Cleave, III PLLC
1520 W Hildebrand
San Antonio, Texas 78201
(210) 341-6588 – Telephone
(210) 701-8481 – Facsimile
Greg_v@vancleavelegal.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2022, a true and correct copy of the foregoing document was served on all parties and counsel of record.

*/s/ George G. Robertson*
George G. Robertson
